UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARTHOLOMEW JONES,

    Plaintiff,

v.

KING COUNTY, *et al.*,

    Defendants.

Case No. C18-0914-RSL

ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's amended complaint, plaintiff's motion for summary judgment, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's motion for summary judgment (Dkt. 26) is DENIED;

(3) Defendants' motion for summary judgment (Dkt. 27) is GRANTED;

(4) Plaintiff's amended complaint (Dkt. 8) and this action are DISMISSED with prejudice; and

(5) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

Dated this 28th day of May, 2019.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT AND GRANTING
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 2